RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 5/3/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JAMES BURNS | * | CIVIL ACTION NO. 08-0428 Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| LYDIA SMITH, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. # 97] filed by Defendants Lydia Smith, Jimmy Shivers, Larry G. Cox, Sgt. Kenneth Cheatham, and Sgt. Cedric Richardson is hereby **GRANTED**, and that Judgment is entered in favor of said Defendants, dismissing with prejudice Plaintiff's individual and official capacity claims, in their entirety. Fed. R. Civ. P. 56.

MONROE, LOUISIANA, this 3 day of May 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE